In the Matter of BURNADETTA A. FARRELL, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Motion to dismiss proceeding granted. All concur.

In the Matter of EDMUND W. PARR, Doing Business as KLUB EAGLE, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Respondent.— Motion to dismiss proceeding granted. All concur.

In the Matter of the Claim of HAZEL W. SQUIER, Respondent, against PAOLINI TRUCKING Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See 269 App. Div. 1000.]

In the Matter of the Claim of JOSEPHINE PASCUCCI, on Behalf of ROBERT DONNO, a Child over Eighteen Years of Age, Respondent, against WILLIAM KENNEDY CONSTRUCTION Co. et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 83.]

In the Matter of the Claim of IVIE McNAUGHT, Respondent, against LOURIS AMUSEMENT CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 100.]

PAUL HETMAN, as Administrator of the Estate of MAURICE HETMAN, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD, Respondent.— Motion for reargument denied, with $10 costs. All concur. [See 269 App. Div. 1000.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALMAN COOPER, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See 269 App. Div. 1001.]

THOMAS W. LAMB, INC., Plaintiff, v. BOARD OF REGENTS OF THE STATE OF NEW YORK, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. All concur. [See ante, p. 91.]

STATEN ISLAND EDISON CORPORATION, Appellant, v. MILO R. MALTBIE et al., Individually and Constituting the Public Service Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals granted, without costs. The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals, which questions are hereby certified as follows: (1) Is the plaintiff entitled to maintain this action? (2) Does the complaint state facts sufficient to constitute a cause of action? All concur. [See ante, p. 55.]